PD-1093-15

PD-1093-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/21/2015 12:41:03 PM
Accepted 8/25/2015 4:14:36 PM
ABEL ACOSTA
CLERK

PD-_____

# IN THE COURT OF CRIMINAL APPEALS

# OF THE STATE OF TEXAS

## (Appeal No. 10-14-00201-CR)

**YALANDA RENEE LIND,**                                        **Appellant**

**v.**

**THE STATE OF TEXAS**                                        **Appellee**

## APPELLANT'S MOTION TO EXTEND TIME FOR FILING A PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

NOW COMES YALANDA RENEE LIND, Appellant, by and through undersigned counsel, pursuant to Rules 68.2(c) and 10.5 of the Texas Rules of Appellate Procedure and requests that this Court grant Appellant a 30-day extension for filing a Petition for Discretionary Review ("PDR") herein, and for cause would show as follows.

The Tenth Court of Appeals issued its opinion, affirming Appellant's conviction and sentence on July 23, 2015. Appellant's PDR is presently due August 24, 2014.

Appellant was apparently hospitalized and did not advise that she wished to have a PDR filed until August 6, 2015. Counsel just finished appellate briefs in *State*

*of Texas v. Robert Kenneth Peters*, Appeal No. 10-15-00151-CR in the Tenth Court of Appeals, and *United States v. Hector Hipolito-Valerio*, Appeal No. 15-50418 in the Fifth Circuit.  Counsel thus has not had time to complete the PDR herein.

No previous extensions have been requested.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel requests that the filing deadline for a PDR in this matter be extended through September 23, 2015.

Respectfully submitted,

/s/ John A. Kuchera

John A. Kuchera
210 N. 6th St.
Waco, Texas 76701
(254) 754-3075
(254) 756-2193 (facsimile)
SBN 00792137
johnkuchera@210law.com
Attorney for Appellant

## Certificate of Service

I certify that on the 21st day of August, 2015, I electronically filed the foregoing with the TexFile system. A paper copy was mailed to:

Mr. Gabriel Price
Assistant District Attorney
219 N. 6th St., Suite 219
Waco, TX 76701

/s/ John A. Kuchera
John A. Kuchera